JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 678 -- In re Television Display Control Apparatus Patent Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 85/12/09 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS & Certificate of Service -- Plaintiff, Alpex Computer Corporation -- SUGGESTED TRANSFEREE DISTRICT: E.D., Pennsylvania, Suggested Transferee Judge ?  (paa) |
| 85/12/16 | | AMENDMENT TO HEARING ORDER FILED ON DEC. 11, 1985 -- Setting motion to transfer for Panel Hearing on January 23, 1986 in Miami, Florida (rh) |
| 85/12/18 | 2 | REQUEST FOR EXTENSION OF TIME -- Parker Brothers -- Extension Granted to All parties responding to motion to and including Jan. 6, 1986.  Notified involved counsel (rew) |
| 85/12/19 | | APPEARANCE -- Edward M. O'Toole, Esq. for Parker Brothers; Fredric W. Yerman, Esq. for Coleco Industries, Inc. and Commodore Business Machines, Inc.; H. Joseph Escher, III, Esq. for Activision (rew) |
| 86/01/06 | 3 | RESPONSE (to Pldg. #1) -- deft. Parker Brothers -- w/Exhibit and cert. of service  (cds) |
| 86/01/06 | 4 | RESPONSE (to Pldg. #1) -- deft. Activision, Inc. -- w/declaration of R.L. Smith McKeithen and cert. of service (cds) |
| 86/01/06 | 5 | RESPONSE (to Pldg. #1) -- Commodore Business Machines, Inc. -- w/cert. of service  (cds) |
| 86/01/06 | 6 | RESPONSE (to Pldg. #1) -- Commodore Industries, Inc. -- w/cert. of service  (cds) |
| 86/01/14 | 7 | REPLY -- Alpex Computer Corp. -- w/Exhibits A-D and cert. of service  (cds) |
| 86/01/22 | | HEARINGS APPEARANCES (678): MAXIM H. WALDBAUM, ESQ. for Alpex Computer Corporation; CLAIRE SHOWS HANCOCK, ESQ. for Coleco Industries, Inc., & Commodore Business Machines, Inc. H. JOSEPH ESCHER, III, ESQ., for Activision, Inc.; NATE F. SCARPELLI, ESQ. for Parker Brothers.  (paa) |
| 86/02/03 | | ORDER DENYING TRANSFER FILED TODAY -- of litigation pursuant to 28 U.S.C. §1407 -- Notified involved counsel, misc. recipients, clerks and judges (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. 678 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: *IN RE TELEVISION DISPLAY CONTROL APPARATUS PATENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/23/86 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 2/3/86 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: 2/3/86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 678 -- In re Television Display Control Apparatus Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Alpex Computer Corporation v. Parker Brothers | Mass. McNaught | 85-3969-MC | | | | |
| A-2 | Alpex Computer Corporation v. Coleco Industries, Inc. | N.Y.,N. McCurn | 85-CV-966 | | | | |
| A-3 | Alpex Computer Corporation v. Activision, Inc. | Cal.,N. Henderson | C-85-4094 (TEH) | | | | |
| A-4 | Alpex Computer Corporation v. Commodore Business Machines, Inc. | Pa.,E. (McGlynn) | 85-Civ-6485 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 678 -- IN RE TELEVISION DISPLAY CONTROL APPARATUS PATENT LITIGATION

---

ALPEX COMPUTER CORP.
Maxim H. Waldbaum, Esquire
Darby & Darby
405 Lexington Avenue
New York, New York  10174

PARKER BROTHERS
Edward M. O'Toole, Esquire
Marshall, O'Toole, Gerstein,
  Murray & Bicknell
Two First National Plaza
Suite 2100
Chicago, Illinois  60603

COLECO INDUSTRIES, INC.
COMMODORE BUSINESS MACHINES, INC.
Fredric W. Yerman, Esquire
Kaye, Scholer, Fierman,
  Hays & Handler
425 Park Avenue
New York, New York  10022

ACTIVISION, INC.
H. Joseph Escher, III, Esquire
Howard, Rice Nemerovski,
  Canady, Robertson & Falk
Three Embarcadero Center
7th Floor
San Francisco, CA  94111

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 678 -- In re Television Display Control Apparatus Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Parker Brothers | A-1 |
| Coleco Industries, Inc. | A-2 |
| Activision, Inc. | A-3 |
| Commodore Business Machines, Inc. | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |