JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -3 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 678

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TELEVISION DISPLAY CONTROL APPARATUS PATENT LITIGATION

ORDER DENYING TRANSFER*

This litigation presently consists of four actions pending in four federal districts: one action each in the District of Massachusetts, Northern District of New York, Northern District of California and Eastern District of Pennsylvania. Before the Panel is a motion by the plaintiff in all actions, Alpex Computer Corporation, to centralize the actions in this litigation in the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings. All defendants oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that centralization would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. We recognize that these actions share some questions of fact on the issue of the patent's validity, but movant has not persuaded us that transfer is desirable in light of opponents' statements at our hearing that opponents will cooperate in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. §1407, for transfer of the actions listed on Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Fred Daugherty took no part in the decision of this matter.

SCHEDULE A

MDL-678 -- In re Television Display Control Apparatus Patent Litigation

District of Massachusetts

Alpex Computer Corporation v. Parker Brothers, C.A. No. 85-3969-MC

Northern District of New York

Alpex Computer Corporation v. Coleco Industries, Inc., C.A. No. 85 Civ 966

Northern District of California

Alpex Computer Corporation v. Activision, Inc., C.A. No. C-85-4094-(TEH)

Eastern District of Pennsylvania

Alpex Computer Corporation v. Commodore Business Machines, Inc., C.A. No. 85-Civ-6485